NETTIE M. DAYTON, as Administratrix of WILLIAM G. DAYTON, Deceased, Respondent, *v.* THE NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.

*Dayton* v. *N. Y., O. & W. R. Co.*, 84 Hun, 607, affirmed.
(Argued March 25, 1897; decided May 4, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the third judicial department, entered March 1, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Lewis E. Carr* and *George H. Carpenter* for appellant.

*W. F. O'Neill* and *Benj. Reynolds* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: ANDREWS, Ch. J., GRAY, HAIGHT and VANN, JJ.
Dissent: BARTLETT and MARTIN, JJ.
Not voting: O'BRIEN, J.